IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| PATRICK A. McCOY, | } |
| Plaintiff, | } |
| v. | } Case No.: 6:13-CV-00119-RDP-HGD |
| JAMES MOORE, CHRIS McCOOL, IRA COLVIN, DEBRA ABSTON, and KEITH COX, | } |
| Defendants. | } |

## ORDER

On April 9, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fifteen days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed by either party.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge. It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff's request to proceed without prepayment of fees and for appointment of counsel (Doc. # 2) is **DENIED**, and Plaintiff's claims pursuant to 42 U.S.C. § 1983 are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e). Furthermore, the court **DECLINES** to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(c), over Plaintiff's state law claims for libel and slander, and those claims, too, are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to mail a copy of this order to Plaintiff Patrick A. McCoy, P.O. Box 226, Carrollton, AL 35447.

**DONE** and **ORDERED** this ____30th____ day of April, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE